IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ELBRYAN DEAMBRE NEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-19-277-SLP |
| DAVID PRATER, as district attorney for the Seventh Judicial District of Oklahoma, and in his individual capacity, | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court pursuant to the Amended Complaint filed herein on May 17, 2019. In light of the filing of the Amended Complaint, the undersigned declines to adopt the Report and Recommendation and re-refers this matter to United States Magistrate Judge Bernard M. Jones for further proceedings consistent with the original Order of referral entered herein on March 25, 2019.

IT IS SO ORDERED this 29th day of May, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE